McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Tracking of: | 2:18-SW-0557 CKD |
|---|---|
| A SILVER MERCEDES-BENZ SPORT UTILITY VEHICLE, WITH CALIFORNIA LICENSE PLATE 7KVR621, AND VIN # 4JGBB86E76A032382 | [PROPOSED] ORDER TO UN-SEAL AND TO FILE REDACTED COPY OF TRACKING WARRANT, APPLICATION AND AFFIDAVIT |

**[PROPOSED] ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matter be unsealed. All previously filed documents are to remain sealed. The United States shall file redacted copies of the sealed tracking warrant, application and affidavit.

Dated: 9/21/2018

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE